UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOSEPH L. BURCH and | ) |
| MADONNA J. BURCH, | )   CASE NO:  04-06401-BHL-7 |
| | ) |
| Debtors. | ) |

### TRUSTEE'S AMENDED* APPLICATION FOR ALLOWANCE AND DISALLOWANCE OF CLAIMS

TO THE HONORABLE UNITED STATES JUDGE PRESIDING IN THIS MATTER:

William J. Tucker, Trustee herein, represents to the Court as follows:

1. The Trustee has conducted the settlement of the Estate and all of the valuable property belonging to the Estate has been converted into cash or otherwise disposed of under Order of the Court or as allowed by law. As a result, the balance of funds held by the Trustee is $1,108.21 as of June 30th, 2005, with interest continuing to accrue on said amount.

2. The last date to file claims was October, 18th 2004.

3. The Trustee has reviewed the Debtor's schedules and reviewed all claims filed in this case. Each claim, it's amount, it's filing status, and the Trustee's request for it's allowance or disallowance is listed below. For claims requested to be allowed, the Trustee has indicated the bankruptcy Code priority status for its allowance. For claims that the Trustee has objected to and requested to be disallowed, the Trustee has indicated the reason for the objection.

| NO | Claimant | Amount | Status | Allow/Disallow |
|---|---|---|---|---|
| 1 | Chase Gold Visa c/o Chase BankCard Services, Inc. P.O. Box 52176 Phoenix, Az 85072-2176 | $10,517.18 | Unsecured | Allow-per §726(a)(2)(A) |
| 2 | Chase Gold Visa c/o Chase BankCard Services, Inc. | $11,549.63 | Unsecured | Allow-per §726(a)(2)(A) |
| 3 | Discover Financial Services P.O. Box 8003 Hilliard, OH 43026 | $4,967.68 | Unsecured | Allow-per §726(a)(2)(A) |
| 4 | Discover Financial Services P.O. Box 8003 | $15,182.42 | Unsecured | Allow-per §726(a)(2)(A) |

|   |   |   |   |
|---|---|---|---|
|   | Hilliard, OH 43026 |   |   |
| 5 | MBNA America Bank, N.A.<br>P.O. Box 15168 MS 1423<br>Wilmington, DE 19850 | $19,838.67 Unsecured | Allow-per §726(a)(2)(A) |

\* PARAGRAPH REMOVED

      WHEREFORE, the Trustee requests, after notice and hearing if required, that the Court issue its orders allowing and disallowing claims and authorizing the abandonment of property as requested herein, and for all other proper related matters that may come before the Court.

                                                         /s/ William J. Tucker
                                                         William J. Tucker, Trustee

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing pleading has been duly served upon the following:

      United States Trustee
      101 W. Ohio Street, #1000
      Indianapolis, Indiana 46204

      Eric C. Redman
      Bator, Redman, Bruner, Shive & Ludwig, P.C.
      151 N. Delaware St., Suite 1106
      Indianapolis, IN 46204

via electronic court service (ECF) or by United States first-class mail, postage prepaid, this July 22, 2005.

                                                       /s/ William J. Tucker
                                                     William J. Tucker

William J. Tucker
WILLIAM J. TUCKER & ASSOCIATES, LLC
429 N. Pennsylvania Street, Suite 400
Indianapolis, Indiana  46204-1816
Ph:  317-833-3030
Fx:  317-833-3031
trustee@wjtucker.com