UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF INDIANA  
PO Box 44978  
Indianapolis, IN 46244

SF07045S (rev 10/2004)

In Re:
   Joseph Leo Burch Sr  
      SSN: xxx–xx–4121   EIN: NA

Case Number:  
**04–06401–BHL–7A**

   Madonna Jean Burch  
      SSN: xxx–xx–6509   EIN: NA  
Debtor(s)

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT

NOTICE IS HEREBY GIVEN that the Trustee has filed a Final Report.

<u>Summary of Final Report</u> (to be completed only if net proceeds realized exceed $1,500.00) Rule 2002(f)(8) Fed.R.Bankr.P.

The Trustee's Final Report shows:

| | |
|---|---|
| Total Receipts: | $7,990.09 |
| Total Disbursements: | $0.00 |
| Balance on Hand: | $7,990.09 |

The Trustee's Final Report is available on the Court's PACER site at http://pacer.insb.uscourts.gov.

Dated:  May 10, 2007

KEVIN P. DEMPSEY, CLERK  
U.S. BANKRUPTCY COURT